

**COUNTY OF MERCER**
**OFFICE OF THE COUNTY COUNSEL**
McDADE ADMINISTRATION BUILDING
640 SOUTH BROAD STREET
P.O. BOX 8068
TRENTON, NEW JERSEY 08650-0068
(609) 989-6511
(609) 392-8625 Fax



**BRIAN M. HUGHES**
COUNTY EXECUTIVE

KELVIN S. GANGES
CHIEF OF STAFF

ANDREW A. MAIR
COUNTY ADMINISTRATOR

ARTHUR R. SYPEK, JR.
COUNTY COUNSEL

June 10, 2015

*Via electronic filing only*
Marcia M. Waldron, Clerk
United States Court of Appeals
21400 United States Court House
601 Market Street
Philadelphia, PA 19106-1790

RE: BRRAM, et al v. FAA, et al
Case Number: 15-2393
District Case Number: 3-14-CV-02686

Dear Clerk Waldron:

This office represents the Mercer County Board of Chosen Freeholders ("Freeholders"). Pursuant to your June 9, 2015 letter, please be advised that the Freeholders will not be participating in the appeal. The Freeholders were previously dismissed from this case and the Plaintiffs are not appealing that dismissal.

Please call me with any questions. Thank you for your courtesies.

Yours truly,

Arthur R. Sypek, Jr.
Mercer County Counsel

By: Paul R. Adezio
Deputy County Counsel

PRA:ar

CC:   McCarter & English
      United States Attorney's Office
      Potter & Dickson