**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
No.   15-2393
BRRAM, Inc., et al.   vs.   United States Federal Aviation Administration, et al.

Please list the names of **all** parties represented, using additional sheet(s) if necessary:   United States Federal Aviation Administration

Indicate the party's role IN THIS COURT is (check only one):

☐   Petitioner(s)          ☐   Appellant(s)          ☐   Intervenor(s)

☐   Respondent(s)          ☒   Appellee(s)          ☐   Amicus Curiae

(Type or Print) Name     J. Andrew Ruymann, Assistant U.S. Attorney

☒ Mr.      ☐ Ms.      ☐ Mrs.      ☐ Miss

Firm          United States Attorney's Office

Address       402 East State Street, Room 430

City/State/Zip Code     Trenton, New Jersey 08608

Phone     609-989-0563          Fax     609-989-2275

Primary E-Mail Address (required)    john.ruymann@usdoj.gov

Secondary E-Mail Address (optional)  usanj.ecftrentoncivil@usdoj.gov

Notices generated from the Court's ECF system will be sent to both the primary and e-mail and additional e-mail addresses

**SIGNATURE OF COUNSEL**     *s/ J. Andrew Ruymann*

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*