PAUL J. FISHMAN  
United States Attorney  
By: J. ANDREW RUYMANN  
Assistant U.S. Attorney  
402 East State Street, Room 430  
Trenton, New Jersey 08608  
(609) 989-2190  
Attorney for United States Federal  
Aviation Administration

IN THE  
UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania; MS. HOLLY BUSSEY; MR. WILLIAM LYNCH; MR. RICHARD DELELLO; MS. JULIE POWER; MR. JOHN GIACOBETTI; MRS. JENNIFER GIACOBETTI; MS. DEBORAH LEAMANN; MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE, | : <br> : <br> : <br> : No. 15-2393 <br> : <br> : <br> : <br> : CERTIFICATE OF SERVICE <br> : |
| Plaintiffs/Appellants, | : <br> : Document Electronically Filed |
| v. | : |
| UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA); MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS; FRONTIER AIRLINES, INC., | : <br> : <br> : <br> : |
| Defendants/Appellees. | : |

I hereby certify that a copy of a Notice of Appearance, entering the appearance of undersigned counsel as the attorney for appellee United States Federal Aviation Administration (FAA) and this Certificate of Service were served upon

```
R.  William Potter, Esq.
Potter & Dickson
194 Nassau Street
Suite 32
Princeton, New Jersey 08542
```

by sending same via U.S. Mail and by this Court's ECF system on June 22, 2015.

<u>s/ J. Andrew Ruymann</u>

By: J. ANDREW RUYMAN
Assistant U.S. Attorney
