UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-2393

BRRAM, Inc., et al. vs. United States Federal Aviation Administration (FAA)

ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:

BRRAM, Inc., and those listed on the separate sheet

Indicate the party's role IN THIS COURT (check only one):

- [ ] Petitioner(s)
- [✓] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name: R. William Potter
Mr.    Ms.    Mrs.    Miss

Firm: Potter and Dickson

Address: 194 Nassau Street, Suite 31

City, State, Zip Code: Princeton, NJ 08542

Phone: (609) 921-9555    Fax: (609) 921-2181

Primary E-Mail Address (required): potterrex@cs.com
Additional E-Mail Address (1): rwppddlaw@cs.com
Additional E-Mail Address (2): ___

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** *R. William Potter*

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***
This entry of appearance must be served on all parties.

REV. 10/23/09

The Parties represented are: BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard Delello, Ms. Julie Power, Mr. John Giacobetti, Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne