UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
November 4, 2015
CCO-012

No. <u>15-2393</u>

BRRAM, INC., a corporation organized under the laws of the
Commonwealth of Pennsylvania; MS. HOLLY BUSSEY; MR. WILLIAM LYNCH;
MR. RICHARD DELELLO; MS. JULIE POWER; MR. JOHN GIACOBETTI;
MRS. JENNIFER GIACOBETTI; MS. DEBORAH LEAMANN;
MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE,
　　　　　　　　　　　　　　　　　　　　　　　Appellants

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA);
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS;
FRONTIER AIRLINES, INC.

(D.N.J. No. 3-14-cv-02686)

Present: FISHER, JORDAN and VANASKIE, <u>Circuit Judges</u>

　1. Motion by Appellee Federal Aviation Administration for Summary Affirmance;

　2. Response by Appellants in Opposition.

　　　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　　　Clerk/tmm

_____ORDER_____
The foregoing motion for summary affirmance is denied.


　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　<u>s/ Thomas I. Vanaskie</u>
　　　　　　　　　　　　　　　　　　　　Circuit Judge


Dated: November 17, 2015
tmm/cc: R. William Potter, Esq.
J. Andrew Ruymann, Esq.
John E. Flaherty, Esq.