R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, Inc., a corporation organized under the laws of the
Commonwealth of Pennsylvania, MS. HOLLY BUSSEY,
MR. WILLIAM LYNCH, MR. RICHARD DELELLO,
MS. JULIE POWER, MR. JOHN GIACOBETTI,
MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN,
MS. CAROLINE BONDI, MS. DELORES BRIENZA,
MR. RICHARD WAYNE,
Plaintiffs/Appellants,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS,
FRONTIER AIRLINES, INC.,
Defendants/Appellees.

No. 15-2393

MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Plaintiffs-Appellants, Bucks Residents for Responsible Airport Management, Inc., and Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne (collectively, "BRRAM, Inc."), hereby move pursuant to 3d Cir. L.A.R. 27.6, by their undersigned attorney, after having requested and obtained the consent of the attorney for the Defendant-Appellee, United States Federal Aviation Administration ("FAA"), for the extension of the briefing schedule from December 28, 2015. In support of this motion, BRRAM, Inc., states:

1. Counsel for BRRAM, Inc., has experienced delays in preparing the brief and joint appendix because of the illness of a key staff member.

2. Counsel requested and obtained the consent of counsel for the FAA for the extension of the briefing schedule as follows:

The brief for the Appellants and the joint appendix shall be filed and served on or before 1/11/16.

The brief for the Appellee shall be filed within thirty (30) days of service of the Appellants' brief.

The reply brief shall be filed and served within fourteen (14) days of the service of the Appellee's brief.

                                                    Respectfully submitted,

                                                    POTTER AND DICKSON

                                                    <u>s/ R. William Potter</u>

                                                    By R. William Potter
                                                    Attorney for the Appellants

Dated: December 23, 2015.