R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DELELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI and MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, and MR. RICHARD WAYNE, <br><br>　　　　Plaintiffs/Appellants, <br><br>v. <br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, FRONTIER AIRLINES, INC., <br>　　　　Defendants/Appellees. | No. 15-2393 <br><br><br><br> CERTIFICATE <br> OF SERVICE <br><br><br><br><br><br> Document Electronically Filed |

I hereby certify that a copy of a Motion for Extension of Briefing

Schedule and this Certificate of Service were served upon

    J. Andrew Ruymann
    Assistant United States Attorney
    402 East State Street, Room 430
    Trenton, New Jersey 08608

by sending same via prepaid U.S. Mail and by this Court's ECF system,

on December 23, 2015.

                                        <u>s/ R. William Potter</u>

                                        By: R. William Potter
                                        Attorney for Appellants