R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, Inc., a corporation organized under the laws of the
Commonwealth of Pennsylvania, MS. HOLLY BUSSEY,
MR. WILLIAM LYNCH, MR. RICHARD DELELLO,
MS. JULIE POWER, MR. JOHN GIACOBETTI,
MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN,
MS. CAROLINE BONDI, MS. DELORES BRIENZA,
MR. RICHARD WAYNE,
Plaintiffs/Appellants,
v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS,
FRONTIER AIRLINES, INC.,
Defendants/Appellees.

No. 15-2393

MOTION FOR FURTHER EXTENSION OF BRIEFING SCHEDULE

Plaintiffs-Appellants, Bucks Residents for Responsible Airport Management, Inc., and Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne (collectively, "BRRAM, Inc."), hereby move pursuant to 3d Cir. L.A.R. 27.6, by their undersigned attorney, after having requested and obtained the consent of the attorney for the Defendant-Appellee, United States Federal Aviation Administration ("FAA"), for the extension of the briefing schedule from January 11, 2016. In support of this motion, BRRAM, Inc., states:

1. Lead Counsel for BRRAM, Inc., R. William Potter, has been prevented from completing the brief and joint appendix because of illness which has kept him out of the office. The illness of our legal assistant has also contributed to the delay in completing the joint appendix.

2. Counsel for the FAA, Assistant U.S. Attorney Ruymann, has consented to the extension of the briefing schedule as follows:

The brief for the Appellants and the joint appendix shall be filed and served on or before 1/25/16.

The brief for the Appellee shall be filed within thirty (30) days of

service of the Appellants' brief.

The reply brief shall be filed and served within fourteen (14) days of the service of the Appellee's brief.

Respectfully submitted,

POTTER AND DICKSON

s/ R. William Potter

By R. William Potter
Attorney for the Appellants

Dated: January 7, 2016.

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DELELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI and MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, and MR. RICHARD WAYNE,<br><br>          Plaintiffs/Appellants,<br>v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, FRONTIER AIRLINES, INC.,<br>          Defendants/Appellees. | No. 15-2393<br><br><br><br><br>CERTIFICATE<br>OF SERVICE<br><br><br><br>Document Electronically Filed |

I hereby certify that a copy of a Motion for Further Extension of

Briefing Schedule and this Certificate of Service were served upon

    J. Andrew Ruymann
    Assistant United States Attorney
    402 East State Street, Room 430
    Trenton, New Jersey 08608

by sending same via prepaid U.S. Mail and by this Court's ECF system, on January 7, 2016.

                              <u>s/ R. William Potter</u>

                              By: R. William Potter
                              Attorney for Appellants