R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, Inc., a corporation organized under the laws of the
Commonwealth of Pennsylvania, MS. HOLLY BUSSEY,
MR. WILLIAM LYNCH, MR. RICHARD DELELLO,
MS. JULIE POWER, MR. JOHN GIACOBETTI,
MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN,
MS. CAROLINE BONDI, MS. DELORES BRIENZA,
MR. RICHARD WAYNE,
Plaintiffs/Appellants,
v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS,
FRONTIER AIRLINES, INC.,
Defendants/Appellees.

No. 15-2393

MOTION WITH CONSENT FOR EXTENSION OF
BRIEFING SCHEDULE TO FEBRUARY 1, 2016

Plaintiffs-Appellants, Bucks Residents for Responsible Airport Management, Inc., and Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne (collectively, "BRRAM, Inc."), hereby move pursuant to 3d Cir. L.A.R. 27.6, by their undersigned attorney, after having requested and obtained the consent of the attorney for the Defendant-Appellee, United States Federal Aviation Administration ("FAA"), for the extension of the briefing schedule from January 11, 2016. In support of this motion, BRRAM, Inc., states:

1. The unexpected press of business, including emergent matters, in the firm of Potter and Dickson have interfered with the discussions with counsel for the FAA over the joint appendix and with completion of the brief for appellants. In addition, the preparations in advance of Winter Storm Jonas have reduced the time available to counsel. We are also concerned that we may not have access to the Potter and Dickson office on Monday, January 25, 2016.

2. Counsel for the FAA, Assistant U.S. Attorney Ruymann, has consented to the extension of the briefing schedule as follows:

The brief for the Appellants and the joint appendix shall be filed

and served on or before February 1, 2016.

The brief for the Appellee shall be filed within thirty (30) days of service of the Appellants' brief.

The reply brief shall be filed and served within fourteen (14) days of the service of the Appellee's brief.

Respectfully submitted,

POTTER AND DICKSON

s/ R. William Potter

By R. William Potter
Attorney for the Appellants

Dated: January 21, 2016.