# UNITED STATES COURT of APPEALS *for the* THIRD CIRCUIT / REQUIREMENTS for BRIEFS

| CONTENT of BRIEFS | FORM of BRIEFS | ELECTRONIC BRIEFS |
|---|---|---|
| **CORPORATE DISCLOSURE STATEMENT**<br>See F.R.A.P. 26.1(b)<br>**TABLES**<br>1. Table of Contents<br>2. Table of Citations (**See 3rd Cir. L.A.R. 28.3**)<br><br>**\*STATEMENTS**<br>1. Subject Matter & Appellate Jurisdiction<br>2. Issues<br>3. Case setting out the following:<br>  a. Relevant facts<br>  b. Procedural history<br>  c. Rulings presented for review<br>4. Related Cases and Proceedings<br>5. Standard of Review<br>**\*Optional in Appellee/Respondent brief unless dissatisfied with statements of Appellant/Petitioner**<br>**ARGUMENT**<br>1. Summary of Argument<br>2. Argument<br>3. Conclusion<br>4. Signatures of Counsel of Record. **An attorney from each listed office must file an Entry of Appearance.**<br><br>**COMBINED CERTIFICATIONS**<br>1. Bar Membership<br>2. Word Count<br>3. Service<br>4. Identical Compliance of Briefs<br>5. Virus check<br><br>**ATTACHMENTS to BRIEFS**<br>1. Volume I of Appendix to Appellant/ Petitioner Brief to include:<br>  a. Notice of Appeal or Petition for Review<br>  b. Order being appealed<br>  c. Opinion under review<br>  d. Order granting Certificate of Appealability where applicable<br>2. Statutes, Rules, Regulations or Unpublished Opinions if not readily available | **COVER**<br>1. Color of Front & Back Covers<br>  a. Appellant/Petitioner or 1st Step – **Blue**<br>  b. Appellee/Respondent or 2nd Step – **Red**<br>  c. 3rd Step – **Yellow** (Cross-Appeals)<br>  d. Appellant/Petitioner Reply or 4th Step – **Grey**<br>  e. Amicus/Intervenor – **Green**<br>  f. Supplemental – **Tan**<br>2. Content of Front Cover<br>  a. Name of Court<br>  b. Appellate Docket Number(s)<br>  c. Official Court Caption<br>  d. Nature of Proceeding<br>  e. Title of Document<br>  f. Name(s) & Address(es) of Counsel of Record. **An attorney from each listed office must file an Entry of Appearance.**<br><br>**BODY/TEXT of BRIEF**<br>1. 8 ½" x 11" opaque paper with clear black image with 1" margins<br>2. Double spaced text (quotations over 2 lines may be indented and single spaced; headings and footnotes may be single spaced)<br>3. †Length: **a.** Principal briefs – 30 pages / 14,000 words / 1,300 **\***lines, **b.** Reply Brief – 15 pages / 7,000 words / 650 **\***lines, **c.** 2nd Step Cross-Appeal Brief – 35 pages / 16,500 words / 1,500 **\***lines<br>4. Font: **a.** Proportional (14 pt. with serifs), **b.** Monospaced (10 ½ cpi)<br><br>†A certification of word or line count must be included when a brief exceeds the required 30, 35 or 15 page limit. Tables, certifications and addenda do not count toward the word or line limitation.<br>**\*Monospaced text**<br><br>**BINDING**<br>Firmly bound at the left margin. Metal fasteners must be covered. Velo or spiral binding acceptable. | **REQUIREMENTS**<br>1. The brief must be in a PDF text format (**See 3rd Cir. L.A.R. 113.3(b)**).<br>2. The brief must contain an electronic signature or **s/ first name last name**.<br>3. Seven (7) hard copies of the brief must be delivered to the Clerk's Office within 5 days of the electronic filing. See Order.<br>4. Simultaneous service to counsel of record is required.<br>5. The PDF file and hard copies of the brief must include a certification verifying that the text of the electronic brief and hard copies are identical.<br>6. The PDF file and hard copies of the brief must include a certification that a virus check was performed indicating the vendor and version information of the virus software.<br>7. A Notice of Docketing Activity (NDA) will be issued upon the filing of the electronic brief and the receipt of the hard copies.<br><br>See F.R.A.P. 25, 28 and 32 and 3rd Cir. L.A.R. 25, 28, 32 and Misc. 113 for the full text of rules and requirements accessible under Rules & Procedures from the Third Circuit website.<br><br>**Rules regarding redaction:**<br>Fed. R. App. P. 25(a)(5)<br>Fed. R. Civ. P. 5.2<br>Fed. R. Crim. P. 49.1<br>Fed. R. Bankr. P. 9037<br><br>**3rd Circuit Home Page**<br>www.ca3.uscourts.gov<br><br>**CM/ECF Website**<br>http://www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files |