# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-2393

BRRAM, et al v. FAA, et al

3-14-cv-02686

# O R D E R

The Court has received the Brief and Appendix from **Bucks Residents for Responsible Airport Management**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Statement of related cases (for Appellant/Petitioner principal brief ONLY).

**Submission of Errors**

**.** Entire Appendix is attached to the brief event

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Bucks Residents for Responsible Airport Management** must file an addendum to brief containing the missing sections of the brief listed above in electronic and paper format (7 paper copies blue front and back covers).

In order to cure SUBMISSION errors, **Bucks Residents for Responsible Airport Management** must re-file Appendix Volume II as a separate electronic transaction. The following event should be used: "non criminal appendix". Upon re-filing, Volume II will be removed from the brief entry.

**Counsel or the party(ies) must correct the above listed deficiencies by 02/08/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  2/3/2016

**cc:**     R. William Potter, Esq.
             J. Andrew Ruymann, Esq.

**For questions please call 267-299-4940, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**