---

In the
United States Court of Appeals
for the Third Circuit
No. 15-2393

---

BRRAM, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DELELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI, MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, MR. RICHARD WAYNE,

        Appellants,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, and FRONTIER AIRLINES, INC.,

        Appellees

On Appeal from the United States District Court
for the District of New Jersey
Case No. 3:14-cv-02686
Honorable Peter G. Sheridan, District Judge

---

## ADDENDUM TO APPELLANTS' OPENING BRIEF

---

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555; Fax: (609) 921-2181
Attorneys for BRRAM, Inc., Ms. Holly Bussey, Mr. William Lynch, Mr. Richard Delello, Ms. Julie Power, Mr. John Giacobetti, Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi,

Dated February 8, 2016.    Ms. Delores Brienza, and Mr. Richard Wayne

## Table of Contents

STATEMENT OF RELATED CASES

STATEMENT RESPECTING JOINT APPENDIX PAGE

JOINT APPENDIX PAGE JA15

CERTIFICATION OF SERVICE

## STATEMENT OF RELATED CASES

Appellants know of no related cases.

Date: February 8, 2016

/s/ R. William Potter

R. William Potter

## STATEMENT RESPECTING JOINT APPENDIX PAGE

Enclosed herewith is Joint Appendix page 15, which is missing from the electronically filed copy of the Appellant's Opening Brief, but was filed and served in the paper copies.

Date: February 8, 2016

/s/ R. William Potter

R. William Potter

1   review in the United States Court of Appeals for the
2   District of Columbia Circuit, or in the Court of Appeals
3   in the United States for the circuit in which the
4   plaintiff resides or has its principal place of
5   business." 49 U.S.C. Section 46110(a).
6       The statute further provides that the appellate
7   court "has exclusive jurisdiction to affirm, amend, modify, or
8   set aside any part of the order, and may order...further
9   [administrative] proceedings." 49 U.S.C. 46110(c). See also,
10  *Bellocchio v. N.J. Department of Environmental Protection*, 16
11  F.Supp.3d 367, 375 (D.N.J. 2014). In that case it was held
12  that challenges to FAA orders pertaining to NEPA actions vest
13  exclusively with the U.S. Court of Appeals. The FAA argues
14  that plaintiffs are appealing the September 25, 2012 approval,
15  or the May 28, 2013 response from the FAA to Potter. One
16  cannot actually determine when the categorical exclusion
17  decision was made by the FAA. It is difficult to conceive
18  that an inspector would have that authority in September of
19  2012. Moreover, the fact that the FAA asserts that it
20  "believed" the exclusion applied does not sound as if it was a
21  final decision. However, the facts show that a final decision
22  occurred over this longer period of time. That is, there are
23  a large number of flights that are entering the air space, and
24  the FAA has washed its hands of any responsibility for
25  oversight over Trenton Airport operations. As such, this

## CERTIFICATION OF SERVICE

I hereby certify that on February 8, 2016, two copies of the foregoing Addendum to Appellants' Opening Brief were sent by UPS overnight delivery to:

> Paul J. Fishman, United States Attorney
> Attention: J. Andrew Ruymann, Assistant U.S. Attorney
> 402 East State Street, Room 430
> Trenton, New Jersey 08608

On the same date, an electronic copy of the Addendum to Appellants' Opening Brief was electronically transmitted to the Clerk of the United State Court of Appeals for the Third Circuit and simultaneously to J. Andrew Ruymann, Assistant U.S. Attorney.

An additional ten copies of the Addendum to Appellants' Opening Brief were sent by USP overnight delivery to:

> Office of the Clerk
> United States Court of Appeals for the Third Circuit
> 601 Market Street. 21400 U.S. Courthouse
> Philadelphia, PA 19106-2790

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: February 8, 2016

/s/ R. William Potter
R. William Potter