PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Defendant/Appellee,
United States Federal Aviation Administration

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, INC., a corporation organized under the laws of the
Commonwealth of Pennsylvania; MS. HOLLY BUSSEY;
MR. WILLIAM LYNCH; MR. RICHARD DELELLO; MS. JULIE POWER;
MR. JOHN GIACOBETTI; MRS. JENNIFER GIACOBETTI; MS. DEBORAH
LEAMANN; MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE,

Plaintiffs/Appellants,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA);
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS;
FRONTIER AIRLINES, INC.,

Defendants/Appellees.

No. 15-2393

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF

Defendant-Appellee, United States Federal Aviation Administration ("the FAA"), by its undersigned attorney, hereby moves pursuant to Fed. R. App. P. 26(b) for a 30-day extension of time to file its brief and any supplemental appendix in opposition to the above appeal. The FAA's brief is due on March 28, 2016. If

this motion is granted, the brief will be due on April 27, 2016.

This is the second extension that the FAA has sought in this appeal; the Court previously granted a 14-day extension that was requested via telephone. As the attorney representing the FAA, I make the following representations in support of this request:

1. This case concerns an appeal of a district court order granting the FAA's motion to dismiss for lack of subject matter jurisdiction, dismissing the complaint and denying a motion to amend as moot. By their complaint, which purported to be brought under the National Environmental Policy Act, 42 U.S.C. § 4332, federal regulations, and the Administrative Procedures Act, 5 U.S.C. § 701, et seq., plaintiffs/appellants sought an order 1) enjoining Frontier Airlines from any increase or expansion of service beyond current service levels at Trenton Airport until the FAA prepared an environmental assessment pursuant to NEPA, 2) enjoining Mercer County from taking any action to enable or facilitate Frontier's increase or expansion of service at Trenton Airport until the requirements of NEPA are satisfied, and 3) compelling the FAA to prepare an environmental assessment addressing the full range of environmental impacts resulting from Frontier's use of Trenton Airport.

2. I have not been able to devote the necessary time to this matter because of numerous obligations in a number of other litigated

matters in federal court.  Also, I recently traveled out-of-state to see a close family member who underwent emergency surgery.  Over the next four weeks, my schedule will prevent me from completing this brief as I have four briefs due in other matters, including two time-consuming summary judgment briefs, and many obligations in a number of cases.  Further, once I am able to devote the necessary time to the brief, I will need time to coordinate with the involved federal agency.  As a result, I respectfully seek an additional 30 days to complete and file the brief beyond the present due date of March 28, 2016, until April 27, 2016.

    3.   Counsel for plaintiffs/appellants has graciously consented to this requested extension.

    4.   I apologize for any inconvenience this request causes the Court, plaintiffs/appellants or their counsel.

Respectfully submitted,

PAUL J. FISHMAN  
United States Attorney

s/ J. Andrew Ruymann

Dated:  March 22, 2016

By: J. ANDREW RUYMANN  
Assistant U.S. Attorney