PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for United States Federal
Aviation Administration

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania; MS. HOLLY BUSSEY; MR. WILLIAM LYNCH; MR. RICHARD DELELLO; MS. JULIE POWER; MR. JOHN GIACOBETTI; MRS. JENNIFER GIACOBETTI; MS. DEBORAH LEAMANN; MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE,<br><br>    Plaintiffs/Appellants,<br><br>    v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA); MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS; FRONTIER AIRLINES, INC.,<br><br>    Defendants/Appellees. | No. 15-2393<br><br>CERTIFICATE OF SERVICE<br><br>Document Electronically Filed |

    I hereby certify that a copy of the Unopposed Motion for Extension of Time to File Response Brief and this Certificate of Service were served upon

```
R.  William Potter, Esq.
Potter & Dickson
194 Nassau Street
Suite 32
Princeton, New Jersey 08542
```

by sending same via U.S. Mail and by this Court's ECF system on March 22, 2016.

<u>s/ J. Andrew Ruymann</u>

By: J. ANDREW RUYMAN
Assistant U.S. Attorney
