PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Defendant/Appellee,
United States Federal Aviation Administration

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, INC., a corporation organized under the laws of the
Commonwealth of Pennsylvania; MS. HOLLY BUSSEY;
MR. WILLIAM LYNCH; MR. RICHARD DELELLO; MS. JULIE POWER;
MR. JOHN GIACOBETTI; MRS. JENNIFER GIACOBETTI; MS. DEBORAH
LEAMANN; MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE,

Plaintiffs/Appellants,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA);
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS;
FRONTIER AIRLINES, INC.,

Defendants/Appellees.

No. 15-2393

MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF

Defendant-Appellee, United States Federal Aviation Administration ("the FAA"), by its undersigned attorney, hereby moves pursuant to Fed. R. App. P. 26(b) for a seven-day extension of time to file its brief and any supplemental appendix in opposition to the above appeal. The FAA's brief is due on April 27, 2016. If

this motion is granted, the brief will be due on May 4, 2016.

This is the third extension that the FAA has sought in this appeal as the Court previously granted a 14-day extension that was requested via telephone and a 30-day extension that was requested by written motion.  As the attorney representing the FAA, I make the following representations in support of this request:

1.   This case concerns an appeal of a district court order granting the FAA's motion to dismiss for lack of subject matter jurisdiction, dismissing the complaint and denying a motion to amend as moot.  By their complaint, which purported to be brought under the National Environmental Policy Act, 42 U.S.C. § 4332, federal regulations, and the Administrative Procedures Act, 5 U.S.C. § 701, et seq., plaintiffs/appellants sought an order 1) enjoining Frontier Airlines from any increase or expansion of service beyond current service levels at Trenton Airport until the FAA prepared an environmental assessment pursuant to NEPA, 2) enjoining Mercer County from taking any action to enable or facilitate Frontier's increase or expansion of service at Trenton Airport until the requirements of NEPA are satisfied, and 3) compelling the FAA to prepare an environmental assessment addressing the full range of environmental impacts resulting from Frontier's use of Trenton Airport.

2.   Since entry of the last extension, I have made progress on

the FAA's response brief, however, additional time is needed for my office to coordinate with the involved federal agency and to incorporate input from reviewers within the federal government. As a result, I respectfully seek an additional seven days to complete and file the brief beyond the present due date of April 27, 2016, until May 4, 2016.

    3.    Counsel for plaintiffs/appellants takes no position on this requested extension.

    4.    I apologize for any inconvenience this request causes the Court, plaintiffs/appellants or their counsel.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

s/ J. Andrew Ruymann

Dated: April 27, 2016

By: J. ANDREW RUYMANN
Assistant U.S. Attorney