PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for United States Federal
Aviation Administration

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania; MS. HOLLY BUSSEY; MR. WILLIAM LYNCH; MR. RICHARD DELELLO; MS. JULIE POWER; MR. JOHN GIACOBETTI; MRS. JENNIFER GIACOBETTI; MS. DEBORAH LEAMANN; MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE, : : : : : : : : : : : : : | : : : : No. 15-2393 : : : : : CERTIFICATE OF SERVICE : : |
| Plaintiffs/Appellants, : : v. : : UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA); MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS; FRONTIER AIRLINES, INC., : : : : : Defendants/Appellees. : | : Document Electronically Filed : : : : : : : : |

I hereby certify that a copy of the Motion for Extension of Time to File Response Brief and this Certificate of Service were served upon

    R.   William Potter, Esq.
    Potter & Dickson
    194 Nassau Street
    Suite 32
    Princeton, New Jersey 08542

by sending same via U.S. Mail and by this Court's ECF system on April 27, 2016.

                                    <u>s/ J. Andrew Ruymann</u>

                                    By: J. ANDREW RUYMAN
                                    Assistant U.S. Attorney