## CERTIFICATION OF COMPLIANCE

I hereby certify that I am an Assistant United States Attorney for the District of New Jersey, and am filing the attached brief for appellee United States Federal Aviation Administration, and:

1.    This brief complies with the length limitations of Fed. R. App. P. 32(a)(7) because:

   this brief does not exceed 30 pages in length;

   ☒    this brief contains no more than 11,400 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), and thus does not exceed the 14,000-word limit.

2.    This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒    it is in a proportionally-spaced typeface (Times New Roman) that is at least 14 points;

   it is in a monospaced typeface, having no more than 10½ characters per inch.

3.    The text of the electronic brief in Adobe PDF format is identical to the text of the paper copies of the brief. The electronic brief has been scanned upon e-mail transmission by the continuously-updated virus detection program Trend Micro "Office Scan" for Windows, and no virus was detected.

/s/ J. Andrew Ruymann
J. ANDREW RUYMANN
Assistant U.S. Attorney

Dated: May 4, 2016