## CERTIFICATION OF FILING AND SERVICE

I hereby certify that on May 4, 2016, I caused the brief for appellee to be filed with the Clerk of this Court by (a) electronic filing in the PDF form using the Circuit's electronic filing system, and (b) paper filing of one original and nine copies of the brief, by First Class U.S. Mail.

I also certify that on May 4, 2016, I caused the brief for appellee to be served on opposing counsel by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system and by mailing one copy of same, via First Class U.S. Mail, to counsel's listed address at Potter and Dickson, 194 Nassau Street, Suite 31, Princeton, NJ 08542.

/s/ J. Andrew Ruymann
J. ANDREW RUYMANN
Assistant U.S. Attorney

Dated: May 4, 2016