PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Appellee,
United States Federal Aviation Administration

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, INC., ET AL.,

Appellants,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),

Appellees.

No. 15-2393

APPELLEE'S MOTION FOR LEAVE TO
FILE A SUPPLEMENTAL APPENDIX

Appellee, United States Federal Aviation Administration ("FAA"), hereby moves the Court for entry of an order granting leave to file a supplemental appendix. In support of the motion, the appellee makes the following representations:

1. Appellants filed a joint appendix, however, the document at JA91 to JA102 is not a clear copy. That document, which contains the FAA's approval of an amendment to Frontier Airline, Inc.'s

operations specifications, is discussed throughout appellants' and appellee's respective briefs.

2. In order to provide this Court with a readable copy of the above referenced document relevant to this appeal, appellee has prepared a supplemental appendix containing a more readable copy. In the supplemental appendix, the document is at SA1 to SA12.

3. Appellee has filed its brief contemporaneous with the submission of this motion.  Appellee's brief contains citations to the supplemental appendix and the joint appendix.

4. For these reasons, the Court is urged to grant the motion and permit appellee FAA to file the supplemental appendix.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

s/ J. Andrew Ruymann

Dated:  May 4, 2016

By: J. ANDREW RUYMANN
Assistant U.S. Attorney