PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Appellee,
United States Federal Aviation Administration

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, INC., ET AL.,

Appellants,

v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),

Appellees.

No. 15-2393

CERTIFICATE OF SERVICE

I hereby certify that a copy of Appellee's Motion for Leave to File a Supplemental Appendix and this Certificate of Service were served upon

R. William Potter, Esq.
Potter & Dickson
194 Nassau Street
Suite 32
Princeton, New Jersey 08542

by sending same via U.S. Mail and by this Court's ECF system on May 4, 2016.

                                                      s/ J. Andrew Ruymann
                                                      By: J. ANDREW RUYMAN
                                                      Assistant U.S. Attorney