UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-2393**

BRRAM, Inc. v. United States Federal Aviation Administration (FAA)

To:    Clerk

1)    Motion by Appellee for Leave to File Supplemental Appendix

The foregoing motion is granted with filing as of May 4, 2016. It is noted that in the event Appellee is entitled to costs at the conclusion of the appeal, Appellee will not be able to recover costs for any documents included in the supplemental appendix which are duplicative of documents contained in Appellant's appendix.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:   May 12, 2016

MS/cc:   All counsel/parties of record