R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

Document Electronically Filed

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BRRAM, Inc., a corporation organized under the laws of the
Commonwealth of Pennsylvania, MS. HOLLY BUSSEY,
MR. WILLIAM LYNCH, MR. RICHARD DELELLO,
MS. JULIE POWER, MR. JOHN GIACOBETTI,
MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN,
MS. CAROLINE BONDI, MS. DELORES BRIENZA,
MR. RICHARD WAYNE,
Plaintiffs/Appellants,
v.

UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA),
MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS,
FRONTIER AIRLINES, INC.,
Defendants/Appellees.

No. 15-2393

MOTION FOR EXTENSION OF BRIEFING SCHEDULE
FOR FILING REPLY BRIEF

Plaintiffs-Appellants, Bucks Residents for Responsible Airport Management, Inc., and Ms. Holly Bussey, Mr. William Lynch, Mr. Richard DeLello, Ms. Julie Power, Mr. John Giacobetti and Mrs. Jennifer Giacobetti, Ms. Deborah Leamann, Ms. Caroline Bondi, Ms. Delores Brienza, and Mr. Richard Wayne (collectively, "BRRAM, Inc."), hereby move pursuant to 3d Cir. L.A.R. 27.6, by their undersigned attorney, after having requested and obtained the consent of the attorney for the Defendant-Appellee, United States Federal Aviation Administration ("FAA"), for the extension of the briefing schedule by two weeks from May 18, 2016, to June 1, 2016, for the filing of the Appellants' reply brief. In support of this motion, BRRAM, Inc., states:

1. Lead Counsel for BRRAM, Inc., R. William Potter, has previously scheduled commitments which will prevent him from completing the reply brief by the due date of May 18, 2016.

2. Counsel for the FAA, Assistant U.S. Attorney Ruymann, has consented to the extension of the briefing schedule as follows:

The reply brief for the Appellants shall be filed and served on or before June 1, 2016.

                                              Respectfully submitted,

                                              POTTER AND DICKSON

                                              <u>s/ R. William Potter</u>

                                              By R. William Potter
                                              Attorney for the Appellants

Dated: May 12, 2016.

R. William Potter
Peter D. Dickson
POTTER AND DICKSON
194 Nassau Street, Suite 31
Princeton, NJ 08542
Telephone: (609) 921-9555
Fax: (609) 921-2181
Attorneys for BRRAM, Inc.,
Ms. Holly Bussey, Mr. William Lynch,
Mr. Richard Delello, Ms. Julie Power,
Mr. John Giacobetti, Mrs. Jennifer
Giacobetti, Ms. Deborah Leamann,
Ms. Caroline Bondi, Ms. Delores
Brienza, and Mr. Richard Wayne

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, Inc., a corporation organized under the laws of the Commonwealth of Pennsylvania, MS. HOLLY BUSSEY, MR. WILLIAM LYNCH, MR. RICHARD DELELLO, MS. JULIE POWER, MR. JOHN GIACOBETTI and MRS. JENNIFER GIACOBETTI, MS. DEBORAH LEAMANN, MS. CAROLINE BONDI, MS. DELORES BRIENZA, and MR. RICHARD WAYNE,<br><br>    Plaintiffs/Appellants,<br>v.<br><br>UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA), MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, FRONTIER AIRLINES, INC.,<br><br>    Defendants/Appellees. | No. 15-2393<br><br>CERTIFICATE OF SERVICE<br><br>Document Electronically Filed |

I hereby certify that a copy of a Motion for Extension of Briefing

Schedule for Filing Reply Brief and this Certificate of Service were served upon

> J. Andrew Ruymann
> Assistant United States Attorney
> 402 East State Street, Room 430
> Trenton, New Jersey 08608

by sending same via prepaid U.S. Mail and by this Court's ECF system, on May 12, 2016.

<u>s/ R. William Potter</u>

By: R. William Potter
Attorney for Appellants