PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for FAA

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| BRRAM, INC., a corporation organized under the laws of the Commonwealth of Pennsylvania; MS. HOLLY BUSSEY; MR. WILLIAM LYNCH; MR. RICHARD DELELLO; MS. JULIE POWER; MR. JOHN GIACOBETTI; MRS. JENNIFER GIACOBETTI; MS. DEBORAH LEAMANN; MS. CAROLINE BONDI; MS. DELORES BRIENZA; MR. RICHARD WAYNE, Plaintiffs/Appellants, v. UNITED STATES FEDERAL AVIATION ADMINISTRATION (FAA); MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS; FRONTIER AIRLINES, INC., Defendants/Appellees. | No. 15-2393<br><br>CERTIFICATE OF SERVICE<br><br>Document Electronically Filed |

    I hereby certify that appellee's acknowledgment form designating arguing counsel and this Certificate of Service were served upon appellant's counsel by this Court's ECF system on August 5, 2016.

                                                      s/ J. Andrew Ruymann

                                                      By: J. ANDREW RUYMAN
                                                      Assistant U.S. Attorney