OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 9, 2016

R. William Potter, Esq.
J. Andrew Ruymann, Esq.

RE: BRRAM, et al v. FAA, et al
Case Number: 15-2393
District Case Number: 3-14-cv-02686

Dear Counsel:

　　The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, September 22, 2016,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

MMW/PM

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **MCKEE, Chief Judge, HARDIMAN and RENDELL, Circuit Judge**