OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 3, 2017

Mr. William T Walsh
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street
Trenton, NJ 08608

RE: BRRAM, et al v. FAA, et al
Case Number: 15-2393
District Case Number: 3-14-cv-02686

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager

267-299-4953

cc: R. William Potter
J. Andrew Ruymann